# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MICHAEL AND MICHELE IVY**                                                 **PLAINTIFFS**

**VS.**                         **CIVIL ACTION NO.: 3:17-CV-00164-DPJ-FKB**

**CITY OF MAGEE, MISSISSIPPI, ET AL.**                               **DEFENDANTS**

## ORDER OF DISMISSAL

Plaintiffs, Michael and Michele Ivy, Defendant Wal-Mart Stores, Inc., and Municipal Defendants City of Magee, Mississippi, Randy Crawford, Joey Womack, William Douglas, and Matt Sullivan, have agreed to and announced to the Court a confidential settlement of this case, and the Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the confidential settlement, is desirous that this matter be finally closed on the docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, including all claims brought or that could have been brought by any party, with the parties to bear their own costs. Pursuant to the agreement of the parties, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the confidential settlement agreement.

**SO ORDERED AND ADJUDGED** this the 25th day of June, 2018.

                                          s/ *Daniel P. Jordan III*
                                          CHIEF UNITED STATES DISTRICT JUDGE